United States Courts
Southern District of Texas
FILED
*November 17, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 4:26-cr-741** |
| | § | |
| **CHRISTOPHER GARCIA** | § | |
| | § | |
| **Defendant.** | § | |

**INFORMATION**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

**COUNT ONE**

**(Theft of Government Property– 18 U.S.C. § 641)**

From on or about January 1, 2024, until on or about July 1, 2025, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

CHRISTOPHER GARCIA,

willfully and knowingly did steal and purloin a Volatiles Investigating Polar Exploration Rover ("VIPER") lunar space wheel, of a value exceeding $1,000, of the goods and property of the United States.

In violation of Title 18, United States Code, Section 641.

## NOTICE OF FORFEITURE
[18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461]

Pursuant to Title 18, United States Code, Section 981(a)(1)(C), as a result of the commission of a violation of Title 18, United States Code, Section 641, as alleged in Count One of this Information, notice is given to the defendant,

CHRISTOPHER GARCIA,

that the Defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Section 641. Such property includes, but is not limited to, a VIPER lunar wheel or any portion or remanent thereof.

## MONEY JUDGMENT

Defendant is notified that, upon conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture.

## SUBSTITUTE ASSETS

Defendant is notified that, in the event that any of the property that is subject to forfeiture, as a result of any act or omission by the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of such property, pursuant to Title 21, United States Code, Section 853(p), incorporated by reference in Title 28, United States Code, Section 2461(c).

AARON F. REITZ
UNITED STATES ATTORNEY

By: Liesel Roscher
LIESEL L. ROSCHER
Assistant United States Attorney
CAROLYN FERKO
Assistant United States Attorney