# UNITED STATES DISTRICT COURT

Southern **DISTRICT OF** Texas

**WAIVER OF INDICTMENT**

United States of America

v.

CHRISTOPHER GARCIA

Defendant(s)

**Case Number: 4:26-cr-741**

## WAIVER OF INDICTMENT

I, CHRISTOPHER GARCIA, the above-named defendant, who is accused of

Ct. 1: Theft of Government Property (18 U.S.C. § 641).

Being advised of the nature of the charge(s), the proposed superseding information, and of my rights, hereby waived in open court on ______________________ prosecution by indictment
*Date*
and consent that the proceeding may be by information rather than by indictment.

______________________
Defendant

______________________
Counsel for Defendant

Before: ______________________
Judicial Officer