USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

No. **4:26-cr-741**

USAO Number: 2025R16963

Magistrate Number:

CRIMINAL INFORMATION    Filed 11/17/2026    Judge: **Hittner**

UNITED STATES of AMERICA

vs

CHRISTOPHER GARCIA

ATTORNEYS:

**AARON F. REITZ, USA** **(713) 567-9000**

Liesel Roscher and Carolyn Ferko, AUSA (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Theft of Government Property [18 U.S.C. § 641]

PENALTY: Ct. 1: Not more than 10 years of imprisonment, not more than a $250,000 fine or twice the gross gain of the offense, 3 years SRT and a $100 SA.

☐ In Jail

☐ On Bond

☒ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: