United States Courts
Southern District of Texas
FILED
*November 17, 2026*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER **4:26-cr-741** |
| | § | |
| CHRISTOPHER GARCIA | § | |
| | § | |

REQUEST FOR ISSUANCE OF SUMMONS

COMES NOW the United States of America, by and through Aaron F. Reitz, United States Attorney, and Liesel Roscher, Assistant United States Attorneys for the Southern District of Texas, and requests this Honorable Court order issuance of a SUMMONS for defendant:

CHRISTOPHER GARCIA,

A Criminal Information has been filed against the defendant, and it is requested that a summons be issued for the appearance of the defendant to his attorney at the following address:

**Mark Diaz (Attorney for Defendant)**
**mark@texascriminaljustice.com**

Respectfully submitted this the 17th day of November 2026.

Liesel Roscher
Assistant United States Attorneys