United States District Court
Southern District of Texas
**ENTERED**
November 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER **4:26-cr-741** |
| | § | |
| CHRISTOPHER GARCIA | § | |

ORDER FOR ISSUANCE OF SUMMONS

A CRIMINAL INFORMATION has been filed against the defendant who is not in custody.

It is ORDERED that a summons be issued for the appearance of said defendant in the Southern District of Texas – Houston Division, on December 2, 2026, at 2:00 P.M. Upon appearance, a judicial determination shall be made as to conditions of release.

The United States Government will make a recommendation on conditions of release which will include, but not be limited to, standard conditions such as no further violations of laws, no international travel, no firearms, and requests that the defendant surrender his passport to probation.

It is further ORDERED that SUMMONS be issued for the appearance of said defendant through his attorney, who has accepted to receive service on his behalf at the following address:

**Mark Diaz (Attorney for Defendant)**
**mark@texascriminaljustice.com**

Signed at Houston, Texas, on November 17, 2026.

Dena Palermo
UNITED STATES MAGISTRATE JUDGE